**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CESAR ALFREDO MONTERO MORA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| | ) | **Case No. CIV-26-2198-D** |
| **v.** | ) | |
| | ) | |
| **DON JONES, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

# ORDER

The Court orders Respondents to provide the transcript, if available, and any other documentation of, and evidence presented at, Petitioner's final bond hearing held on May 20, 2026. Respondents shall provide this information to the Court on or before November 18, 2026.

**SO ORDERED** this 12th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE